UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLINE ZIETH, | |
| Plaintiff, | Case No. 2:18-cv-00327 |
| v. | |
| PITTSBURGH ACTION AGAINST RAPE, | |
| Defendant. | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff hereby stipulates to the dismissal of this matter, with prejudice. Each party will bear its own costs.

Dated: August 22, 2018

Respectfully submitted,

/s/ Christi Wallace
CHRISTI WALLACE, ESQUIRE
Kraemer, Manes & Associates, LLC
US Steel Tower, 48th Floor
600 Grant Street, Suite 4875
Pittsburgh, PA 15219
cw@lawkm.com

SO ORDERED:

_____
Honorable Judge Lenihan